■ JORDAN E. WEINSTEIN, Appellant, v STAINLESS BROADCASTING COMPANY, Also Known as STAINLESS BROADCASTING COMPANY, INC., Respondent. — Appeal from an order of the Supreme Court at Special Term (Harlem, J.), entered May 14, 1981, in Broome County, which denied plaintiff's motion to vacate a default granted against plaintiff. Order affirmed, with costs, on the opinion of Mr. Justice Robert A. Harlem at Special Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN D. PARKER, Appellant. — Appeal from a judgment of the Supreme Court at Trial Term (Smyk, J.), rendered June 23, 1981 in Chemung County, upon a verdict convicting defendant of the crimes of murder in the second degree, robbery in the first degree and burglary in the first degree. Defendant's primary argument on appeal is that his statement to law enforcement officers was inadmissible. However, the fact that at trial the prosecutor withdrew the notice of intent to offer the statement and, consequently, the statement was never introduced, renders any error harmless (*People v Crimmins,* 36 NY2d 230, 237). Defendant next argues that publicity in the local media rendered a fair trial in Chemung County impossible. The instant record, however, fails to support this contention (see *People v DiPiazza,* 24 NY2d 342). Finally, we find no merit to defendant's contention that his sentence for second degree murder is harsh and excessive. Judgment affirmed. Sweeney, J. P., Kane, Casey, Weiss and Levine, JJ., concur.